In re:   Joseph Pete Castner                                             Case No.  24-50067-rlj-7

## DECLARATION CONCERNING DEBTOR'S
## AMENDED SCHEDULES A/B

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

I declare under penalty of perjury that I have read the foregoing Amended Schedules A/B consisting of 8 pages, and that it is true and correct to the best of my knowledge, information and belief.

Date:   June 4, 2024

/s/ Joseph Pete Castner
Joseph Pete Castner